IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,　　　　　　　　　　No. CIV S-07-0268 DFL CMK P

    vs.

JAMES TILTON, et al.,

    Defendant.

_____/　　　ORDER

    Plaintiff has filed a civil rights action in this court. On February 16, 2007 the court ordered plaintiff to submit, within thirty days, an application to proceed in forma pauperis or the $350.00 filing fee. On March 1, 2007, plaintiff filed a letter regarding his in forma pauperis application. Plaintiff stated that his application had been forwarded to his counselor, and the applications would be sent to the court as soon as the counselor certified them.

    To date, the court has not received plaintiff's application to proceed in forma pauperis. Accordingly, the court will order plaintiff to, within thirty days from the date of this order, submit an application to proceed in forma pauperis or the $350.00 filing fee. Should prison officials interfere with plaintiff's submission of his application, plaintiff must notify the court.

///

///

IT IS ORDERED that:

1. Plaintiff shall within thirty days from the date of this order, submit an application to proceed in forma pauperis or the $350.00 filing fee.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's March 1, 2007 letter (doc. 5) on the Warden of Solono State Prison in Vacaville, California.

DATED: April 6, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2