IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

      Plaintiff,                      No. CIV S-07-0268 DFL CMK P

      vs.

JAMES TILTON, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 19, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 21, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date this order is signed in which to file an amended complaint.

DATED: May 23, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

/bb
arme 07cv0268.36