IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>     Defendants. | Case No. 2:07-cv-00268 JKS CMK P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 25, 2008, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    The Court agrees that Plaintiff's vague and conclusory allegations in the Second Amended Complaint fail to state a claim.  Although Plaintiff's First Amended Complaint, now superseded by the Second Amended Complaint, had managed to state a claim regarding lack of exercise, that claim was abandoned when it was not realleged in the Second Amended Complaint.  *Parrino v. FHP, Inc.*, 146 F.3d 699, 704 (9th Cir. 1998).

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The findings and recommendations filed February 25, 2008 are adopted in full;

    2.  Plaintiff's Second Amended Complaint is dismissed for failure to state a claim; and

    3.  The Clerk shall close this case and enter judgment accordingly.

Dated this the 8th day of May 2008.

                                         /s/ James K. Singleton, Jr.
                                         **JAMES K. SINGLETON, JR.**
                                           United States District Judge